1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Watson F. Bradley

7

8             **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | WATSON F. BRADLEY, | ) Case No.: CV 09-9399 RGK (CW) |
   |---|---|
11 | Plaintiff, | ) ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
12 | vs. | ) ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
13 | MICHAEL J. ASTRUE, Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
14 | | ) |
15 | Defendant | ) |

16

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19     IT IS ORDERED that fees and expenses in the amount of $3,700.00 as

20 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

21 DATE:   January 24, 2011

22                    _____/S/_____
                     THE HONORABLE CARLA WOEHRLE
23                   UNITED STATES MAGISTRATE JUDGE

24

25

26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  /s/ *Steven G. Rosales*
   _____
4  Steven G. Rosales
   Attorney for plaintiff Watson F. Bradley

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26